UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| Paul Parshall, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:21-CV-108-REW |
| v. | ) | |
| | ) | ORDER |
| Kentucky Bancshares, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Paul Parshall filed a notice of voluntary dismissal. DE 28. The filing satisfies the Rule 41(a)(1)(A)(i) requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (permitting voluntary dismissal "without a court order" on filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"). Accordingly, the Court **DIRECTS** the Clerk to **STRIKE** this matter from the Court's active docket, as dismissed, per the notice's effect, without prejudice. Moreover, the Court **DENIES** DE 26 as moot. Finally, the Court, sensitive to the provisions of Rule 41(d), directs, in the event that Plaintiff files an action in this District based on or including the same claim against the same defendant(s), that the Clerk assign any such case to the undersigned.

This the 26th day of May, 2021.



Signed By:
*Robert E. Wier*   REW
**United States District Judge**

1